**Exhibit A to the Complaint**

**Location:** Englewood, FL  **IP Address:** 73.255.172.61
**Total Works Infringed:** 38  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B506896EBF62DB53971C042108622812E1A54A10<br>File Hash:<br>8036A2F2526E84F5814A377DE55B9D9867381B7359B6128F4D316212B0650FFA | 11/15/2023 23:36:51 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 2 | Info Hash: 04834BBE521736079F5E89822B5C95434F4C982D<br>File Hash:<br>28A044A5C6A1964DADE6D7C178D5B98CD74EDC6D90DEF4DB8BE40B475CE02B20 | 11/07/2023 12:25:04 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 3 | Info Hash: 7B39ABD925F317DA70E4F627EB0456FBE2544C30<br>File Hash:<br>9E23AB0CC3CDEA2A843D2BD43BDD0DBCC262BB46BD464F67E1020B02DCF5F706 | 11/07/2023 12:18:17 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |
| 4 | Info Hash: D271F7E2BCBD8514956231E310972F25CB75FA55<br>File Hash:<br>88DD9D5F4E2BB3F39B00301A532EA093CCC0458A6A22981F98E2BFC43D63046B | 11/01/2023 11:22:30 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 5 | Info Hash: D76DB1B1BA35E0E84328956E3339D255F8EBB0EA<br>File Hash:<br>F07CB4EA65B360347C9AAE536DBE82F9A160913FA9F7D88BCBE7A6BAE2D8F4A2 | 10/10/2023 23:31:45 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 6 | Info Hash: F2BDF698F69726790DA7B873AB16AD9724ECF12A<br>File Hash:<br>FC5C56DA2519664D4D0E8FE48132EB93FCA8A346DB986DE7D106E3F62ADC58DC | 09/11/2023 21:50:38 | Blacked | 09/09/2023 | 09/18/2023 | PA0002430904 |
| 7 | Info Hash: EED81AF9791D47A8F3F325FC8DC3A44C3DADE2C9<br>File Hash:<br>5373D979BCDD09BE03E8009CB33455EE9073493568E7CBA80A965C67B5B34EE2 | 08/27/2023 00:05:59 | Blacked Raw | 10/12/2020 | 10/22/2020 | PA0002261809 |
| 8 | Info Hash: F2CDA3E7EFFB94323CA4B5F4134D3F8E872216B7<br>File Hash:<br>967682FD283AB7D0140EE1FEF41F39A54F0AD87BFA60AC6B4E98C72173C5213E | 08/01/2023 21:29:41 | Blacked Raw | 07/31/2023 | 08/17/2023 | PA0002425528 |
| 9 | Info Hash: 4C948EF3A05199CBDBF9D0FA744DF106E78150E2<br>File Hash:<br>D8B6BC69E458999E9A69080EE8BA8B4ED3B55212016A7E77A8528D717EF98AD3 | 07/07/2023 00:24:24 | Blacked Raw | 07/03/2023 | 07/13/2023 | PA0002420355 |
| 10 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash:<br>66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 06/11/2023 12:40:03 | Blacked Raw | 10/25/2021 | 11/11/2021 | PA0002321278 |
| 11 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash:<br>361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 06/06/2023 23:02:29 | Blacked Raw | 10/11/2021 | 10/19/2021 | PA0002317052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash: E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 06/06/2023 22:49:43 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 13 | Info Hash: 2D43246E337D836FBDA1D3C9D1B574B067658953<br>File Hash: 982099D4D8CBB068D78FEE4FF47B9E350092FA563CED821BDC86E6B2D8A893CC | 04/22/2023 11:08:07 | Blacked | 04/15/2023 | 05/15/2023 | PA0002411295 |
| 14 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash: 15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04/18/2023 11:12:26 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |
| 15 | Info Hash: 994245AD57833764D6F6ECE9409B3096B92E1EA6<br>File Hash: 24C7F548715A681F0E3D108CEF79DC3AEE3FEF4ABEC69DBA751C116340DC7064 | 04/15/2023 02:21:34 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |
| 16 | Info Hash: 153C5E986BB5CC2046DCEA10E98A5B6D075F80E4<br>File Hash: E582F0CEDFB7EEAC0E73385C2CE53CEE4E27ACF2DE3D94F4FE130309E2C40810 | 04/04/2023 03:35:24 | Blacked Raw | 03/30/2023 | 04/07/2023 | PA0002405733 |
| 17 | Info Hash: F91C59C6E04A926E5C039E40C8D2C693F491E336<br>File Hash: 82B97FF6266964E50AD4C183701854B0215741710DB49486BC7F8A545766CC2E | 03/28/2023 21:45:59 | Blacked Raw | 03/25/2023 | 04/07/2023 | PA0002405729 |
| 18 | Info Hash: B232F6C7054DB73F98230AB71EB6F8400C033F12<br>File Hash: 0AD2FAA4067988D387E1CBB4B6D83B23EDA576C75318C127D1912B3CD66A2CBE | 03/26/2023 12:58:57 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |
| 19 | Info Hash: D306BA77FFF8FB1950408ABBB8A5B60FCC00B122<br>File Hash: 62F978246DFABCFA5E6D15572F70F8A97ADFD0D485406942557FD8BF6E48BE77 | 03/22/2023 03:22:13 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 20 | Info Hash: 08C0D6BF53705AA2CB2A9681D44D2DCD2F1162B3<br>File Hash: 7FE81A20C10FF08E1AF097618A3F98BB628565079F55334FCDF3EEE2126AA4C2 | 02/17/2023 03:27:13 | Blacked Raw | 02/13/2023 | 03/06/2023 | PA0002399991 |
| 21 | Info Hash: 32C7AB876B137BF74CE7323BFC473222903F16B0<br>File Hash: 30D93A3E9AA93AE378052299555214F5AB4812974BE4C8629C25C954678C16AA | 02/13/2023 22:57:27 | Blacked | 01/14/2023 | 01/27/2023 | PA0002393079 |
| 22 | Info Hash: 81962C73668245D74F4D08BC5B7242357C0951A6<br>File Hash: 5D1D446F7FA0D8F334EB22D33BC100580197B327859F14448E0EEA41230C7FBF | 02/13/2023 22:57:17 | Blacked | 01/21/2023 | 01/27/2023 | PA0002393070 |
| 23 | Info Hash: D8BDF81D1E3F08C2FD1FDBF17F7D0AA0314425E0<br>File Hash: 21710A2AE416B0FE4B81172DEC5626456A18D3DBC76835BCA2BECB6F49728C42 | 02/13/2023 22:55:50 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 89A1B4D1F12E6DFAE02ACA7A826A3F026370983F<br>File Hash: 3D313A2A5A266B793BF55B69B8084D4C8807B20140D8382EFD7803C04570EC76 | 02/07/2023 01:34:17 | Blacked Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |
| 25 | Info Hash: 63CD460C2E1EB0A247A54F5E7519567CFB0FA018<br>File Hash: FE5E598CB30E45DDDF1893D6DCF026ABA2F8A073587C5B338B49D3E08BAD8A50 | 01/27/2023 22:32:15 | Blacked Raw | 01/24/2023 | 01/27/2023 | PA0002393074 |
| 26 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash: 7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01/11/2023 22:51:52 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |
| 27 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash: 7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 01/10/2023 04:23:42 | Tushy | 08/14/2022 | 08/30/2022 | PA0002367744 |
| 28 | Info Hash: F3CBECF9A5AA2043CE3A587FE5A11FA1548D19CF<br>File Hash: 314FCA1CE426E7DBA0D73687F33F6D006927C0AA420BFAFBC071A4DD5F9A00CD | 01/10/2023 04:17:49 | Blacked Raw | 12/30/2022 | 01/09/2023 | PA0002389573 |
| 29 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash: D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 01/10/2023 04:17:20 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 30 | Info Hash: CF71FD09F546DDB700BCF81E73AA77A94960EE83<br>File Hash: E0C974376E1F33771240B0161352067F18E953F9222066391F34E692E7F0D5E6 | 01/10/2023 04:16:23 | Blacked Raw | 01/04/2023 | 01/10/2023 | PA0002389594 |
| 31 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash: 46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01/10/2023 04:16:11 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 32 | Info Hash: A644959E99A7E9119D745BCF028B01D155D8E6BC<br>File Hash: E26E8A8914EDC7C0A8189EFB81D5E956905E268BD41E04DDF52599D4C43B5EFD | 12/28/2022 19:07:53 | Blacked Raw | 12/25/2022 | 01/09/2023 | PA0002389598 |
| 33 | Info Hash: CC9F8E2F660412BC2F4692B07DCE27FD0D186784<br>File Hash: 50F4ED6C23C572043BA80E6EDA0A0632E23C43EFA688F1FA06364185C261753B | 11/27/2022 13:03:02 | Blacked Raw | 11/25/2022 | 12/11/2022 | PA0002384771 |
| 34 | Info Hash: F583EC5D69FB623ABC4CD0C491F767FBBD9331F8<br>File Hash: C0FA6A693407E6ADE2DD2380835D4B07210ADB4DE79588C8F24CF2A2B31948E4 | 11/19/2022 19:07:13 | Blacked Raw | 11/15/2022 | 12/11/2022 | PA0002384724 |
| 35 | Info Hash: 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D<br>File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 11/09/2022 23:15:43 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: AAF68C34A4E4FD1D9E52C8FC22FCC89DD93BB443<br>File Hash:<br>A3217C702E970384C109FA0671A864D7204F58B3C993697954629E6D9CB11903 | 11/09/2022 22:34:14 | Blacked Raw | 11/05/2022 | 12/11/2022 | PA0002384735 |
| 37 | Info Hash: 8FF68BF286B745BBD7C5A16C3C2FF22F609821A6<br>File Hash:<br>91E772999E32C2DAC35ED31677B9E82471C4DD0A655A91815690EBDDC2FEE17A | 10/20/2022 23:18:28 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |
| 38 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash:<br>2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 10/10/2022 11:17:04 | Blacked Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |